UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21650-RNS (Scola/Torres)

MANUEL M. PORTUGAL, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

AMERICAN FIRE SPRINKLER SERVICES, INC.,
ANISA OWEIS, and OMAR OWEIS,

    Defendants.
_____/

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, by and through their undersigned counsel, hereby file their Response to Plaintiff's Statement of Claim, as follows:

Defendants dispute that Plaintiff is entitled to any relief whatsoever.

The individual Defendants did not employ Plaintiff as an employee at any point. As such, the individual Defendants deny any and all liability to Plaintiff for any purported unpaid wages.

With regard to the total hours worked by Plaintiff, Defendants state that the documents and records to be produced to Plaintiff accurately reflect all hours worked by Plaintiff and the amounts paid to Plaintiff. As such, Defendants dispute the amount of overtime hours Plaintiff claims to have worked per workweek.

In addition, and to the extent Plaintiff is entitled to recover any unpaid overtime compensation, Plaintiff only is entitled to a half-time rate for those overtime hours.

Defendants further state that Plaintiff's claims are barred and/or Plaintiff is not entitled to any of the relief sought based upon the affirmative defenses set forth in Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint.

Dated:   June 8, 2017          Respectfully submitted,
        Boca Raton, FL

*s/ Robin I. Frank*
ROBIN I. FRANK, ESQ.
Florida Bar No. 0649619
E-Mail: rfrank@sbwh.law
SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722
Counsel for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on June 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                *s/ Robin I. Frank*
                                ROBIN I. FRANK, ESQ.

## SERVICE LIST

*Manuel M. Portugal v. American Fire Sprinkler Services, Inc., et al.*
Case No. 1:17-cv-21650-RNS (Scola/Torres)
United States District Court, Southern District of Florida

| | |
|---|---|
| Rivkah F. Jaff, Esq.<br>E-Mail: rivkah.jaff@gmail.com<br>Neil Tobak, Esq.<br>E-Mail: ntobak.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 71st St., Suite 605<br>Miami Beach, FL 33141<br>Telephone:  (305) 865-6766<br>Facsimile:   (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* | Robin I. Frank, Esq.<br>E-Mail: rfrank@sbwh.law<br>Shapiro, Blasi, Wasserman &<br>  Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Telephone:   (561) 477-7800<br>Facsimile:    (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |