UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-21650-RNS (Scola/Torres)

MANUEL M. PORTUGAL, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

AMERICAN FIRE SPRINKLER SERVICES, INC.,
ANISA OWEIS, and OMAR OWEIS,

    Defendants.
_____/

## JOINT DISCOVERY PLAN REPORT AND SCHEDULING REPORT

The parties, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b), hereby submit their joint discovery plan report and scheduling report.

**I.**     **REPORT OF THE PARTIES' CONFERENCE PURSUANT TO FED. R. CIV. P. 26(f)**

    **A.**     **Arrangement for disclosures required by Fed. R. Civ. P. 26(a)(1):**

The parties agree to exchange the initial disclosures set forth in Fed. R. Civ. P. 26(a)(1) on or before **October 20, 2017**.

    **B.**     **Subjects on which discovery may be needed, when discovery should be completed, and how discovery should be conducted:**

The parties propose that discovery shall be completed on or before **March 6, 2018**. The parties do not believe that discovery should be conducted in phases.

    **C.**     **Any issues relating to disclosure or discovery of electronically**

**stored information, including the form or forms in which it should be produced:**

To the extent technically feasible, the parties agree that electronically stored information will be produced as follows, in order: (a) via Sharefile or e-mail in the format it is ordinarily kept; or (b) if (a) is not technically feasible, as scanned copies of the document(s) containing a printout or report of the electronically stored information.

**D.     Any issues relating to claims of privilege or of protection as trial-preparation material, Including – if the parties agree on a procedure to assert such claims after production – whether to ask the court to include their agreement in an order:**

None have been identified by the parties at this time.

**E.     Whether changes should be made in limitations on discovery under the federal or local rules:**

None have been identified by the parties at this time.

**F.     Other orders that should be entered by the Court under Fed. R. Civ. P. 26(c) or 16(b) and 16(c):**

None have been identified by the parties at this time.

**II.    REPORT OF THE PARTIES' CONFERENCE PURSUANT TO S.D. FLA. L.R. 16.1(b)[1]**

**A.     Likelihood of settlement:**

A settlement of this action does not appear likely at this time, but the parties agree to explore the possibility of settlement.

---

[1]     A proposed scheduling order is provided herewith.

    **B.**    **Likelihood of appearance of additional parties:**

Defendants believe it is unlikely that any additional parties will be added. Plaintiff intends to fully utilize the FLSA opt-in process, and will seek leave to amend or certify if applicable. Defendants deny that Plaintiff is entitled to notice or conditional certification, and Defendants maintain that there are no individuals similarly situated to Plaintiff or that no such persons wish to join this action.

    **C.**    **Proposed limits on time:**

        **1.**    **To join other parties and to amend the pleadings:**

The parties propose that additional parties be joined and that the pleadings be amended no later than **November 17, 2017.**

        **2.**    **To file and hear motions:**

The parties propose that the deadline to file dispositive pretrial motions be **March 28, 2018**. Motions in limine shall be filed in accordance with S.D. Fla. L.R. 16.1(j).

        **3.**    **To complete discovery:**

The parties propose that the deadline to complete discovery be **March 6, 2018**.

    **D.**    **Proposals for the formulation and simplification of issues:**

None at this time, but the parties will work together toward the formulation and simplification of issues.

    **E.**    **Necessity or desirability of amendments to the pleadings:**

Defendants believe it is unlikely that any additional parties will be added. Plaintiff intends to fully utilize the FLSA opt-in process, and will seek leave to amend or certify if

applicable. Defendants deny that Plaintiff is entitled to notice or conditional certification, and Defendants maintain that there are no individuals similarly situated to Plaintiff or that no such persons wish to join this action.

**F.    Possibility of obtaining admissions of fact and documents, stipulations regarding authenticity of documents and the need for advance rulings from the Court on admissibility of evidence:**

The parties will work together to obtain admissions of fact and documents, reach stipulations regarding authenticity of documents, and seek advanced ruling from the Court on admissibility of evidence.

**G.    Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

None at this time. The parties will also work together to avoid unnecessary proof and cumulative evidence.

**H.    Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

None at this time, although the parties acknowledge that discovery issues are generally referred to the Magistrate Judge as a matter of course.

**I.    Preliminary estimate of the time required for trial:**

As of the date of this report, the parties estimate that the trial in this case will take approximately three to four (3-4) days following *voir dire*. Trial will be by jury.

**J.    Requested date(s) for conferences before trial, a final pretrial conference, and trial:**

The parties propose a trial date of **May 7, 2018** and a final pretrial conference

date of **April 23, 2018.**

K.    **Any other information that might be helpful to the Court in setting the case for status or pretrial conference:**

Plaintiff's counsel are Jewish and observe the High Holy Days. Plaintiff's counsel's firm is closed and all staff and attorneys are on vacation in observance of the Jewish holidays on 9/21/17, 9/22/17, 9/30/17, 10/5/17, 10/6/17, 10/12/17, 10/13/17, 3/31/18, 4/1/18, 4/6/18, 4/7/18, 5/20/18, and 5/21/18. Defense counsel is set as the #1 back-up for trial starting the week of July 17th and has expert witness depositions during June for that trial, and will generally be unavailable for depositions until mid-July. Further, the parties have agreed to attend an early mediation with a private mediator to be set within the month of June/early-July and are already conferring on the selection of the mediator and proposed dates. As such, the parties have requested additional time for discovery to allow the parties sufficient time to explore an early settlement and to accommodate various calendar conflicts by counsel.

[This space intentionally left blank.]

Respectfully submitted this  12th  day of June, 2017.

| | |
|---|---|
| *s/ Robin I. Frank*[2]<br>Robin I. Frank, Esq.<br>E-Mail: rfrank@sbwh.law<br>Shapiro, Blasi, Wasserman &<br> Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:   (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendants | *s/ Rivkah F. Jaff*<br>Rivkah F. Jaff, Esq.<br>E-Mail: rivkah.jaff@gmail.com<br>Neil Tobak, Esq.<br>E-Mail: ntobak.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 71st St., Suite 605<br>Miami Beach, FL 33141<br>Tel:  (305) 865-6766<br>Fax:   (305) 865-7167<br>Counsel for Plaintiff |

---

[2] Prior to filing the instant Joint Discovery Plan Report and Scheduling Report, Defendants' counsel conferred with counsel for Plaintiff and counsel for Plaintiff has authorized her e-signature to and the filing of this Joint Discovery Plan Report and Scheduling Report.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Robin I. Frank*
ROBIN I. FRANK, ESQ.

## SERVICE LIST

*Manuel M. Portugal v. American Fire Sprinkler Services, Inc., et al.*
Case No. 1:17-cv-21650-RNS (Scola/Torres)
United States District Court, Southern District of Florida

| | |
|---|---|
| Rivkah F. Jaff, Esq.<br>E-Mail: rivkah.jaff@gmail.com<br>Neil Tobak, Esq.<br>E-Mail: ntobak.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 71st St., Suite 605<br>Miami Beach, FL 33141<br>Tel:  (305) 865-6766<br>Fax:   (305) 865-7167<br>Counsel for Plaintiff<br>*Via CM/ECF* | Robin I. Frank, Esq.<br>E-Mail: rifrank@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman &<br> Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:   (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |